**Usama S. ABDEL–WHAB, Appellant**

v.

**UNITED STATES of America.**

No. 05–4026.

United States Court of Appeals, Third Circuit.

Submitted Under 28 U.S.C. § 1915(e)(2)(B) March 16, 2006.

Decided March 27, 2006.

Usama Sadik Abdel–Whab, Fishkill, NY, for Appellant.

Daryl F. Bloom, Office of United States Attorney, Harrisburg, PA, for Appellee.

Before RENDELL, AMBRO and BECKER, Circuit Judges.

OPINION

PER CURIAM

Appellant Usama Abdel Whab (a/k/a Usama Abdel Wahab) appeals from the District Court's order dismissing his complaint seeking a declaratory judgment pursuant to 28 U.S.C. §§ 2201, 2202. Adbel Whab is currently detained by the Bureau of Immigration and Customs Enforcement at the Pike County Correctional Facility in Pennsylvania. Essentially, his complaint seeks a ruling that his conviction in the Southern District of New York is invalid and must be vacated. We note that his numerous challenges to his conviction and sentence under 28 U.S.C. § 2241 and 28 U.S.C. § 2255 have been unsuccessful.

It is well established that habeas corpus is the exclusive avenue by which a person in custody may challenge the fact or duration of a conviction or sentence. *See Heck v. Humphrey*, 512 U.S. 477, 481–82, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). Accordingly, the Declaratory Judgment Act cannot operate as a substitute or alternative remedial basis to 28 U.S.C. § 2255. *See United States v. Gutierrez*, 116 F.3d 412, 415 (9th Cir.1997); *Chatman–Bey v. Thornburgh*, 864 F.2d 804, 808–10 (D.C.Cir.1988) (en banc); *Forsythe v. Ohio*, 333 F.2d 678, 679 (6th Cir.1964). Thus, we will dismiss the appeal pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).